| United States Bankruptcy Court for the District of New Jersey ||
|---|---|
| Margaret A. Holland [MH4707]<br>Subranni Zauber LLC<br>Willow Ridge Executive Office Park<br>750 Route 73 South, Suite 307B<br>Marlton, NJ 08053<br>(609) 347-7000; Fax 345-4545<br>Attorneys for Trustee Thomas J. Subranni | |
| In Re:<br><br>Mid-Atlantic Insulation, LLC.,<br><br>Debtor | Chapter 7<br>Case No. 17-33474-JNP<br>Judge: Jerrold N. Poslusny, Jr. |
| Thomas J. Subranni, chapter 7 Trustee of the estate of Mid-Atlantic Insulation LLC.,<br><br>Plaintiff,<br><br>v.<br>L&W Supply Corporation d/b/a<br>Building Specialties, Inc.,<br>Defendant | Adversary No. 19-1075 -JNP |

## Stipulation of Dismissal

The undersigned attorneys for Plaintiff and Defendant hereby stipulate that this adversary proceeding is dismissed with prejudice.

Dated: October 10, 2019

SUBRANNI ZAUBER LLC

BY: _____
Margaret A. Holland, Esq.
*Attorneys for Plaintiff,*
*Chapter 7 Trustee Thomas J. Subranni*

Dated: October 10, 2019

WERB & SULLIVAN

BY: _____
Brian A. Sullivan, Esq.
*Attorneys for Defendant,*
*L & W Supply Corporation d/b/a*
*Building Specialties, Inc.*

1367957lv1